# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0135.  GABRIEL JOSEPH HESTER v. MUGSHOTS.COM, LLC.**

Gabriel Joseph Hester, plaintiff in this action brought under the Fair Business Practices Act, has filed an application for discretionary appeal from the trial court's (1) order vacating a prior order granting Hester's motion to file documents under seal, and (2) order requiring Hester's counsel to register for e-filing.  We lack jurisdiction.

Because Hester's claims remain pending below, he was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  Although Hester filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).  Hester's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/08/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*